UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. RAMIREZ, | ) NO. CV 11-02068 JST (SS) |
|     Petitioner, | ) |
|     v. | ) **JUDGMENT** |
| MIKE McDONALD, Warden, | ) |
|     Respondent. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 1/26/2012

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE